**DISMISS; and Opinion Filed May 23, 2019.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-01148-CV

**AMVETS POST 22 AUXILIARY, Appellant**

**V.**

**AMVETS DEPARTMENT OF TEXAS FOUNDATION, Appellee**

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-18-04759-E**

## MEMORANDUM OPINION

Before Justices Schenck, Osborne, and Reichek
Opinion by Justice Schenck

This is an appeal from the trial court's judgment finding appellant guilty of forcible detainer. After a review of the clerk's record revealed the judgment had been superseded during the trial court's plenary power by an order dismissing the case for want of jurisdiction, we questioned our jurisdiction over the appeal as the appeal appeared to have become moot. *See Williams v. Lara*, 52 S.W.3d 171, 184 (Tex. 2001) (case becomes moot if controversy ceases to exist). We directed appellant to file a letter brief addressing our concern and cautioned appellant that failure to comply could result in dismissal of the appeal without further notice. *See* TEX. R. APP. P. 42.3(a),(c). More than ten days have passed and appellant has not responded. Accordingly, we dismiss the appeal. *See id.* 42.3(a),(c).

/David J. Schenck/

181148F.P05

DAVID J. SCHENCK
JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

AMVETS POST 22 AUXILIARY,
Appellant

No. 05-18-01148-CV     V.

AMVETS DEPARTMENT OF TEXAS
FOUNDATION, Appellee

On Appeal from the County Court at Law
No. 5, Dallas County, Texas
Trial Court Cause No. CC-18-04759-E.
Opinion delivered by Justice Schenck,
Justices Osborne and Reichek participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** appellee AMVETS Department of Texas Foundation recover its costs, if any, of this appeal from appellant AMVETS Post 22 Auxiliary.

Judgment entered this 23rd day of May 2019.